**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and ASTRAZENECA AB, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-669-RGA |
| MYLAN INSTITUTIONAL LLC, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and AstraZeneca AB hereby give notice by and through their attorneys that all claims in the above-captioned action are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 4, 2016

OF COUNSEL:

Lisa B. Pensabene, Esq.
Filko Prugo, Esq.
Will C. Autz, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

McCARTER & ENGLISH

/s/ Daniel M. Silver
Michael P. Kelly (# 2295)
Daniel M. Silver (# 4758)
Benjamin A. Smyth (# 5528)
Renaissance Centre
405 N. King St., 8th Flr.
Wilmington, DE 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

*Attorneys For Plaintiffs,
AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, and
AstraZeneca AB*

1